UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **FERESHTEH KESHAVARZ,**<br>A # 088 908 661,<br><br>    **Plaintiff,**<br><br>v.<br><br>**EMILIO GONZALEZ, in his official capacity as Director of U. S. Citizenship & Immigration Services,**<br><br>**MICHAEL JAROMIN, in his official capacity as District Director of the Kansas City District Office, U. S. Citizenship & Immigration Services,**<br><br>**CHESTER MOYER, in his official capacity as Field Office Director[1] of the St. Louis, Missouri Sub-Office, U. S. Citizenship & Immigration Services,**<br><br>    **Defendants.** | Case No. 4:09CV00619 RWS |

## JOINT MOTION FOR ENLARGEMENT OF TIME

COME NOW Plaintiff Fereshteh Keshavarz, by and through her undersigned counsel, and all Federal Defendants, by and through their undersigned counsel, and hereby jointly move for an Enlargement of Time in which to file a response in this lawsuit:

Defendants have been working on the adjudication process of Plaintiff's I-140 Petition for Immigrant Worker and I-485 Application for Adjustment of Status. Plaintiff's I-140 has finally been approved on July 22, 2009.  **See Ex. A.**  The adjudication process for Plaintiff's I-485 is still not complete, and therefore, the parties respectfully move for additional time, up to

---

[1] Chester Moyer was formerly title Officer in Charge; his current title is Field Office Director.

and including August 21, 2009 in which to file a response.

                                        Respectfully submitted,

                                        JEFFREY B. JENSEN
                                        Acting United States Attorney

| */s/ James O. Hacking, III* | */s/ Jane Rund* |
|---|---|
| JAMES O. HACKING, III | JANE RUND #47298 |
| King, Krehbiel, Hellmich, Hacking & Borbonus, LLC | Assistant United States Attorney |
| 2000 S. Hanley Road | 111 South Tenth St., Room 20.333 |
| St. Louis, MO 63144 | St. Louis, MO 63102 |
| (314) 646-0099 | (314) 539-2200 |
| (314) 646-1122 fax | (314) 539-2777 fax |
| Email: jhacking@kkhhb.com | Email: Jane.Rund@usdoj.gov |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

2