UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FERESHTEH KESHAVARZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09CV619 RWS |
| | ) |
| EMILIO GONZALEZ, in his official capacity as Director of U.S. Citizenship and Immigration Services, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

This matter is before me on plaintiff's motion to dismiss without prejudice. Because a dismissal without prejudice is appropriate, see Malkowski v. Gonzalez, 2009 WL 1578816, *1 (E.D. Mo. June 3, 2009); Jamal v. Chertoff, 2007 WL 2509765, *2 (D. Minn. Aug. 30, 2007), the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss [#7] is granted, and plaintiff's complaint is dismissed without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2009.